United States District Court

Eastern District of California

Juan V. Corona,

    Plaintiff,                      No. Civ. S 05-2418 LKK PAN P

  vs.                                 Order

California State Prison, Corcoran,

    Defendant.

-oOo-

    Plaintiff, a state prisoner without counsel, seeks to commence a civil rights action pursuant to 42 U.S.C. § 1983. He has neither paid the filing fee nor requested leave to proceed in forma pauperis.

    Plaintiff apparently alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should be commenced there. See Local Rule 3-120(b).

    Accordingly, the court hereby orders that:

1    1.   This action is transferred to the Fresno Division.

2    2.   The clerk of court shall assign a new case number.

3    3.   All future filings shall reference the new case number and shall be filed at:

>   United States District Court
>   Eastern District of California
>   1130 "O" Street
>   Fresno, CA 93721

Dated:   December 13, 2005.

>                          /s/ Peter A. Nowinski
>                          PETER A. NOWINSKI
>                          Magistrate Judge