UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN V. CORONA,<br><br>            Plaintiff,<br><br>vs.<br><br>CALIFORNIA STATE PRISON CORCORAN,<br><br>            Defendant.<br>_____/ | 1:05-cv-01581-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 7)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Juan V. Corona ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 12, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

1

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed September 12, 2006, are ADOPTED IN FULL; and,

    2.   This action is DISMISSED based on plaintiff's failure to obey the court's order of February 13, 2006.

IT IS SO ORDERED.

**Dated:   November 24, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE